ALBERT LEE DIXON v. McDOWELL INSURANCE AGENCY, A CORPORATION.

(Filed 21 September, 1955.)

APPEAL by plaintiff from *Pless, J.,* February Term 1955 of Mc-DOWELL.

Civil action for damages for the alleged breach of an alleged contract to procure collision insurance upon an automobile.

From judgment of nonsuit entered at the conclusion of the plaintiff's evidence, the plaintiff appeals, assigning as error the entry of the judgment.

*John H. McMurray and Sam J. Ervin, III, for Plaintiff, Appellant.*
*Proctor & Dameron for Defendant, Appellee.*

PER CURIAM. A study of the evidence satisfies us that the Trial Court was correct in entering a judgment of nonsuit, upon motion of the defendant, and the said judgment is
Affirmed.

WINBORNE and HIGGINS, JJ., took no part in the consideration or decision of this case.